425 A.2d 21

Commonwealth v. Avery, Appellant.

Submitted March 23, 1979. Thomas L. McGill, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

425 A.2d 21

Commonwealth v. Bey, Appellant.

Argued September 11, 1979. Andrea B. Paul, for appellant; Cindy Severinson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.